AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| WILLIAM A. PEEVY, JR.<br><br>*Plaintiff(s)*<br>v.<br>MELISSA JERACE<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 17-cv-80285-KAM<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MELISSA JERACE
ONE WELCHES, FIRST FLOOR
WELCHES, ST. THOMAS
BB22025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MICHAEL J. PIKE, ESQUIRE
PIKE & LUSTIG, LLP
2465 MERCER AVENUE, SUITE 204
WEST PALM BEACH, FLORIDA 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 03/08/2017

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court