United States District Court
Southern District of Florida

FILED by [signature] D.C.
MAY 23 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Case No.: 9:17-cv-80285-KAM
WILLIAM A. PEEVY, JR.

VS.

MELISSA JERACE

## PRO SE MOTION TO: Obtain Counsel

I, Melissa Jerace respectfully requests that Honorable Judge Kenneth Mara consider:
Continuing this matter until June 1, 2017 while I obtain counsel.

The reason for this request is:
The Counsel I had obtained withdrew from the case. I reside outside of the country and would like to have the opportunity to obtain, meet with in person, and strategize with future

counsel in person. I have attempted to settle this case in November 2016, as well as May 1, 2017 to no avail.

I HEREBY CERTIFY that a copy hereof has been furnished by __X__ mailed;
____ faxed and mailed; ____ hand delivered; to the persons listed below on 22nd day of May 2017.

Other Party: PIKE & LUSTIG
Address: 2465 Mercer Avenue Suite 204
City, State, Zip: West Palm Beach, Fl. 33401
Telephone: 561-291-8298

Email: Pike@turnpikelaw.com

Dated: May 22, 2017

Melissa Jerace
Signature, pro se

Printed Name: Melissa Jerace
Address: PO BOX 251
City State Zip: Palm Beach, Florida 33480
Telephone No.: 561-414-3533
Email: Melissa.jerace@gmail.com

Post office Box 251
~~West~~ palm beach FL
33480

USMS INSPECTED

WEST PALM BCH FL 334
22 MAY 2017 PM 4 L




US Federal Court
701 Clematis St.
West Palm Beach, FL
33401

Attention: Clerks Office

33401-510199